IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA PROFESSIONAL COLLECTIONS, LLC, : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ROBERT O. YOUNG, SHELLY R. YOUNG, : <br> and HIKARI HOLDINGS LLC : <br> Defendants. : | CIVIL ACTION <br> NO. 10-cv-00724 |

# ORDER

**AND NOW,** this 22nd day of December 2010, upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, Failure to State a Claim, and Failure to Join a Party Under Rule 19 [doc. no. 4 ], Plaintiff's Response thereto [doc. no. 5], and Defendants' Reply [doc. no. 7] and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**